THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* FRANK M. BOYCE, JR., Appellant.

*People* v. *Boyce*, 164 App. Div. 907, affirmed.

(Argued February 8, 1918; decided February 26, 1918.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered July 9, 1914, which affirmed a judgment of the Ulster County Court rendered upon a verdict convicting the defendant of the crime of grand larceny in the first degree.

*Augustus H. Van Buren* for appellant.

*Frederick G. Traver, District Attorney,* for respondent.

Judgment affirmed; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, CUDDEBACK, CARDOZO, POUND, CRANE and ANDREWS, JJ.